UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

DIRECTV, LLC, a California limited liability company, *formerly known as* DIRECTV, Inc., a California company,

            Plaintiff,

-against-

LISA ELLERBRUCH, Individually, and as officer, director, shareholder and/or principal of KM BASS INC., d/b/a SPIDER LAKE SALOON,

and

KM BASS INC., d/b/a SPIDER LAKE SALOON,

            Defendants

---

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No. 3:12-CV-00036-WMC

**PLEASE TAKE NOTICE THAT** Plaintiff DIRECTV, LLC, (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the Defendants and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration by **March 16, 2012.** The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendants pursuant to Rule 41 of the Federal Rules

of Civil Procedure.

Dated: March 14, 2012
      Ellenville, New York

                Respectfully submitted,

                DIRECTV, LLC

                By: /s/Julie Cohen Lonstein
                    JULIE COHEN LONSTEIN, ESQ.
                    Attorney for Plaintiff
                    LONSTEIN LAW OFFICE, P.C.
                    Office and P.O. Address
                    80 North Main Street : P.O. Box 351
                    Ellenville, NY  12428
                    Telephone:  (845) 647-8500
                    Facsimile:  (845) 647-6277
                    Email: Legal@signallaw.com
                    *Our File No. NFL10-16WI-W03V*

SO ORDERED this 15th day of MARCH, 2012

_____
**HON. STEPHEN L. CROCKER**
**UNITED STATES MAGISTRATE JUDGE**